JAMES P. KEMP, ESQ.
Nevada Bar No.: 6375
VICTORIA L. NEAL, ESQ.
Nevada Bar No.: 13382
KEMP & KEMP
7435 W. Azure Drive, Suite 110
Las Vegas, NV 89130
702-258-1183 ph /702-258-6983 fax
jp@kemp-attorneys.com
vneal@kemp-attorneys.com

*Attorneys for Jeffrey Mumper*

KEMP & KEMP
ATTORNEYS AT LAW
7435 W. Azure Drive, Suite 110
LAS VEGAS, NEVADA 89130
Tel. (702) 258-1183 ♦ Fax (702) 258-6983

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JEFFREY MUMPER,

Plaintiff,

v.

LULA LOGISTICS INC., a Nevada Corporation; DOES I-X; and ROE BUSINESS ENTITIES I-X,

Defendants.

Case No. 2:26-cv-00301-JAD-BNW

**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINES**

**(FIRST REQUEST)**

Plaintiff Jeffrey Mumper ("Plaintiff"), and Lula Logistics ("Defendant"), by and through their undersigned counsel, hereby stipulate and request that all deadlines set forth in the Joint Stipulation and Order to Amend the Scheduling Order (ECF No. 16), pursuant to FRCP 26(f)(3) and LR 26-3, be extended by **45-days days to Friday, Sep 25, 2026**. The current discovery cut-off date is August 11, 2026. In accordance with LR 26-3, this request is filed at least 21 days before the expiration of the current deadlines. This request is made in good faith, is timely, is not made to cause delay, and is submitted pursuant to LR IA 6-1, LR IA 6-2, LR 7-1 and LR 26-4, and is the parties' first request.

…

KEMP & KEMP
ATTORNEYS AT LAW
7435 W. Azure Drive, Suite 110
LAS VEGAS, NEVADA 89130
Tel. (702) 258-1183 ♦ Fax (702) 258-6983

**Discovery Completed to Date**

Both parties served Initial Disclosures in compliance with the current Scheduling Order, no later than March 13, 2026.

On May 28, 2926, both parties served their First Sets of Interrogations, Requests for Production of Documents, and Request for Admission. Both parties answered and responded to written discovery in a timely manner, Plaintiff on June 27, 2026, and Defendant on June 29, 2026. Both parties supplemented their Initial Disclosures on the dates listed.

**Remaining Discovery to be Completed**

Depositions of all parties and percipient witnesses have yet to be conducted. Additional written discovery may be necessary. Plaintiff requires having the current discovery issues resolved before moving forward with depositions. The parties have set a meet and confer conference for July 23, 2026, to discuss current discovery deficiencies. The resolution of current discovery disputes may also necessitate additional written discovery. The parties anticipate engaging in ongoing discovery as allowed under the Rules.

**Reason Discovery Cannot be Completed Within the Original Deadline**

Discovery was received just prior to the Fourth of July holiday and vacation schedules. Ms. Neal reached out to Defense Counsel on July 15, 2026, 15 days after receipt of Defendant's answers and responses to set a meet and confer conference. The conference is set for July 23, 2026, the first available time that both attorneys are available.

The parties are harmoniously and professionally working to address discovery issues without need for Court intervention.

…

…

KEMP & KEMP
ATTORNEYS AT LAW
7435 W. Azure Drive, Suite 110
LAS VEGAS, NEVADA 89130
Tel. (702) 258-1183 ♦ Fax (702) 258-6983

**Revised Proposed Discovery Plan**

All discovery in this case has and will continue to be conducted in accordance with the Federal Rules of Civil Procedure and applicable Local Rules of this District Court. The parties propose the following deadlines to the Court:

Discovery Cut-off Date: The discovery cut-off deadline shall be **Friday, Sep 25, 2026**.

Dispositive Motions: The parties shall file dispositive motions not more than thirty (30) days after the discovery cut-off date and, therefore, not later than **Monday, October 26, 2026**.

Pretrial Order: If no dispositive motions are filed, and unless otherwise ordered by this Court, the Joint Pretrial Order shall be filed no more than thirty (30) days after the date set for filing dispositive motions and, therefore, not later than **Wednesday, Nov 25, 2026**.

In the event a dispositive motion is filed, the date for the filing pretrial order shall be suspended until thirty (30) days after the decision of the dispositive motions or further order of the Court.

Fed. R. Civ. P. 26(a)(3) Disclosures: If no dispositive motions are filed, and unless otherwise ordered by this Court, the parties shall file the disclosures required by Fed. R. Civ. P. 26(a)(3), and any objections thereto, with the Pretrial Order pursuant to Local Rule 26-1(b)(5), not more than thirty (30) days after the date set for filing dispositive motions and, therefore, not later than **Wednesday, Nov 25, 2026**.

Extension or Modification of the Discovery Plan and Scheduling Order: In accordance with Local Rule 26-4, any motion or stipulation to extend a deadline set forth in this discovery plan and scheduling order shall be received by the Court no later than twenty-one (21) days before the

expiration of the subject deadline.

Dated 17th day of July 2026.

/s/ Victoria L. Neal
James P. Kemp, Esq. (NBN 6375)
Victoria L. Neal, Esq. (NBN 13382)
**KEMP & KEMP**

Attorneys for Plaintiff
JEFFRY MUMPER

Dated 17th day of July 2026.

/s/ Ellsie E. Lucero
Jessica M. Lujan, Esq. (NBN 14913)
Ellsie E. Lucero, Esq. (NBN 15272)
**SPENCER FANE LLP**.

Attorneys for Defendant
LULA LOGISTICS INC

**ORDER**

**IT IS SO ORDERED:**

Dated: July 20, 2026

UNITED STATES MAGISTRATE JUDGE
HONORABLE BRENDA WEKSLER

KEMP & KEMP
ATTORNEYS AT LAW
7435 W. Azure Drive, Suite 110
LAS VEGAS, NEVADA 89130
Tel. (702) 258-1183 ♦ Fax (702) 258-6983