Jessica M. Lujan, Esq. (NBN 14913)
Ellsie E. Lucero, Esq. (NBN 15272)
**SPENCER FANE LLP**
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Phone 702.408.3400/Fax 702.408.3401
E-mail: jlujan@spencerfane.com
elucero@spencerfane.com

*Attorneys for Defendant Lula Logistics Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JEFFREY MUMPER,<br><br>Plaintiff,<br><br>v.<br><br>LULA LOGISTICS INC., a Nevada Corporation; Does I-X; ROE CORPORATIONS 101 through 200<br><br>Defendants. | Case No. 2:26-cv-00301-JAD-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Jeffrey Mumper ("***Plaintiff***") by and through his undersigned counsel of record, and Defendant Lula Logistics Inc. ("***Defendant***") by and through its undersigned counsel of record, hereby STIPULATE and agree as follows:

1. This action shall be dismissed with prejudice, each party to bear their own attorney fees and costs.

2. That all scheduled hearings and deadlines be vacated.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: September 14, 2026 | Dated: September 14, 2026. |
| **KEMP & KEMP** | **SPENCER FANE LLP** |
| */s/ Victoria L. Neal* | */s/ Ellsie E. Lucero* |
| James Kemp, Esq. (NBN 6375)<br>Victoria L. Neal, Esq. (NBN 13382)<br>7425 W. Azure Drive, Suite 110<br>Las Vegas, NV 89130 | Jessica M. Lujan, Esq. (NBN 14913)<br>Ellsie E. Lucero, Esq. (NBN 15272)<br>300 South Fourth Street, Suite 1600<br>Las Vegas, NV 89101 |

Phone 702.258.1183/Fax 702.258.6893
Email: jp@kemp-attorneys.com
Email: vneal@kemp-attorneys.com

*Counsel for Plaintiff*
*JEFFREY MUMPER*

Phone 702.408.3400/Fax 702.408.3401
Email: jlujan@spencerfane.com
Email: elucero@spencerfane.com

*Counsel for Defendant*
*LULA LOGISTICS INC.*

**ORDER**

Based on the parties' stipulation [ECF No. 21] and good cause appearing, IT IS ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

________________________________
U.S. District Judge Jennifer A. Dorsey
Dated: October 7, 2026